JOSEPH MATTEO *v.* JORGE ALVAREZ ET AL.

The petition of the city of New Haven for certification for appeal from the Appellate Court, 53 Conn. App. 452 (AC 18177), is denied.

*Audrey C. Kramer,* in support of the petition.

*Stephen G. Murphy, Jr.,* in opposition.

Decided July 7, 1999

STATE OF CONNECTICUT *v.* JEFFREY L. DONAHUE

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 497 (AC 18606), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the police had a reasonable and articulable suspicion to justify stopping the defendant's vehicle?"

The Supreme Court docket number is SC 16143.

*Kevin C. Connors,* in support of the petition.

*Robert M. Spector,* deputy assistant state's attorney, in opposition.

Decided July 7, 1999